UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff,

-against-

SAHEED DUPREE,

            Defendant.

No. 23-MJ-4845 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As stated on the record at the hearing on July 28, 2023, the request from the Government to add electronic monitoring with GPS and a curfew from 10:00 PM to 6:00 AM is granted. All previously ordered pretrial release conditions will remain in place.

**SO ORDERED.**

Dated:    August 15, 2023
            New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge